UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARLTON XAVIER MATHEWS,

    Plaintiff,

v.                                                                  Case No. 3:22cv19312-LC-HTC

SERGEANT W. WALTERS, et al.,

    Defendants.

_____/

## **ORDER**

The magistrate judge issued a Report and Recommendation on October 6, 2022, (ECF No. 4), recommending dismissal as malicious for abuse of the judicial process based on Plaintiff's failure to disclose his complete litigation history. Plaintiff was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).

Having considered the Report and Recommendation and conducted a *de novo* review of the timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.      The magistrate judge's Report and Recommendation (ECF No. 4) is adopted and incorporated by reference in this order.

2.      This case is DISMISSED WITHOUT PREJUDICE as malicious for abuse of the judicial process because Plaintiff failed to truthfully disclose his prior litigation history.

3.      The clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of October, 2022.


      s/L.A. Collier
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**